THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL K. ELLENBOGEN, Appellant.

*People* v. *Ellenbogen*, 114 App. Div. 182, affirmed.
(Argued November 27, 1906; decided December 11, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 25, 1906, which affirmed a judgment rendered at a Trial Term upon a verdict convicting the defendant of feloniously making a false statement under oath in violation of section 7 of the Metropolitan Elections District Law.

*George M. Curtis* for appellant.

*Julius M. Mayer, Attorney-General (Lewis Ogden O'Brien* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN and CHASE, JJ. Dissenting: EDWARD T. BARTLETT and WILLARD BARTLETT, JJ. Absent: O'BRIEN, J.